AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB - 9 2019

David J. Bradley, Clerk

United States of America
v.
Robert Salazar-Hernandez (True Name) pro

-01 Roberto HERNANDEZ-Salazar (YOB:1977) MX AKA pro
Edgar Alexis MARTINEZ-Lozano (YOB:1999) MX

Case No. M-19-0298-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 2/7/2019 in the county of Hidalgo in the SOUTHERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Knowingly and intentionally possess with intent to distribute approximately 7.9 kilograms of cocaine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(Continued on Attachment I)

☑ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4. 1, and probable cause found on: 02-09-2019

Date: 2/9/2019 2:20 p.m.

City and state: McAllen, Texas

/s/ Joseph A. Lucio
*Complainant's signature*
Joseph A. Lucio, DEA Task Force Officer
*Printed name and title*

Pete E Ormsby
*Judge's signature*
Peter E. Ormsby, Magistrate Judge
*Printed name and title*

## ATTACHMENT I

On February 7, 2019, DEA McAllen Group D-81 working along with the Hidalgo County HIDTA Task Force conducted surveillance at a residence in Mission, Texas. While conducting surveillance at the aforementioned address (hereinafter referred to as TARGET RESIDENCE), agents observed a white truck depart. Subsequent to a probable cause traffic stop conducted by a Hidalgo County Deputy, the driver identified as Roberto HERNANDEZ- Salazar was arrested for a local state warrant on dangerous drug charges.

Later that night, agents approached the TARGET RESIDENCE and gained written consent from Edgar Alexis MARTINEZ-Lozano who resides at the TARGET RESIDENCE. Subsequent to a search of the TARGET RESIDENCE, agents located approximately 7.9 kilograms of suspected cocaine and two firearms. Agents then conducted a recorded interview where MARTINEZ-Lozano was read his rights. MARTINEZ-Lozano waived his rights and agreed to speak with agents. During the recorded interview, MARTINEZ-Lozano admitted to agents that he would help store narcotics at the TARGET RESIDENCE and in return, MARTINEZ-Lozano would be allowed to live at the TARGET RESIDENCE for free. MARTINEZ-Lozano also implicated HERNANDEZ-Salazar as the individual who would help him store the narcotics at the TARGET RESIDENCE.

On February 9, 2019, agents traveled to the Hidalgo County Detention Center to meet with HERNANDEZ-Salazar, where HERNANDEZ-Salazar was read his rights. HERNANDEZ-Salazar waived his rights and agreed to speak with agents. During a recorded interview, HERNANDEZ-Salazar explained to the agents that he and MARTINEZ-Lozano lived at the TARGET RESIDENCE and that both would get paid to store the narcotics. HERNANDEZ-Salazar explained to agents that he would get paid approximately $1,000.00 per week to store cocaine. HERNANDEZ-Salazar went into detail stating that the TARGET RESIDENCE was only used to temporarily store narcotics and later be delivered to other associates.